UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
No. 5:23-cv-00130-MOC

| | |
|---|---|
| CINDY ROLLINS TURNER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARTIN O'MALLEY, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | **ORDER** |

**THIS MATTER** is before the Court on a motion by Plaintiff, Cindy Rollins Turner, for an award of attorneys' fees pursuant to the Equal Access to Justice Act. (Doc. No. 13). Defendant has consented to that motion.

Having reviewed Plaintiff's motion, supporting exhibits, and the case file, the Court determines that Plaintiff's request for attorneys' fees is reasonable. Plaintiff's motion for attorneys' fees is, therefore, **GRANTED**. It is hereby **ORDERED** that Plaintiff, Cindy Rollins Turner, is awarded attorney fees in the amount of Six Thousand Three Hundred Dollars and 00/100 Cents ($6,300.00). Full or partial remittance of the EAJA award will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government.

If Plaintiff has no outstanding federal debt, the Commissioner may honor any EAJA assignment that Plaintiff may provide and make the check(s) payable to Plaintiff's counsel. However, if Plaintiff has an outstanding federal debt, the Commissioner will make the check(s) payable to Plaintiff directly and deliver the check(s) to the business address of Plaintiff's counsel. The amount of EAJA award payable to Plaintiff will be the balance of EAJA award

1

remaining after subtracting the amount of Plaintiff's outstanding federal debt. This award will be paid directly to Plaintiff, Cindy Rollins Turner, and sent to the business address of Plaintiff's counsel. If Plaintiff's outstanding federal debt exceeds the amount of the EAJA award approved pursuant to the Order, the amount of the EAJA award will be used to offset Plaintiff's federal debt and no EAJA award shall be paid.

**IT IS SO ORDERED**.

Signed: May 14, 2024

Max O. Cogburn Jr
United States District Judge